IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| CHRISTINA ZAMORA, INDIVIDUALLY AND AS NEXT FRIEND OF M.Z.; *et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>DANIEL DEFENSE, LLC; *et al.*<br><br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 1-23-cv-00196-LY<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Please take notice that Molly Thomas-Jensen enters her appearance as counsel for Plaintiffs Christina Zamora, Ruben Zamora, Jamie Torres, M.Z., and K.T., in the above-entitled and numbered case as co-counsel in addition to and not in substitution of Blas Hernandez Delgado, Jr., who remains as counsel as well.

Date: March 7, 2023

Respectfully submitted,

 */s/ Molly Thomas-Jensen*
Molly Thomas-Jensen
Everytown Law
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
Email: mthomasjensen@everytown.org
Phone: (646) 324-8226
Facsimile: (917) 410-6932
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2023, a true and correct copy of this Notice was served upon all parties of record via their attorneys of record via CM/ECF system.

Date: March 7, 2023

                                                                         */s/ Molly Thomas-Jensen*
                                                                        Molly Thomas-Jensen