Generated: Mar 8, 2023 12:30PM                                                                                                                   Page 1/1



# U.S. District Court

## Texas Western - Del Rio

**THIS IS A COPY**

Receipt Date: Mar 8, 2023 12:29PM

Romanucci & Blandin LLC Case Cost Control Account

Rcpt. No: 691            Trans. Date: Mar 8, 2023 12:29PM            Cashier ID: #AM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTXW523LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC<br>**FBO**: Sarah M. Raisch | 1 | 100.00 | 100.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #34801 | 03/2/2023 | $100.00 |

Total Due Prior to Payment: $100.00

Total Tendered: $100.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: Pro Hac Vice Fee Paid for Attorney Sarah M. Raisch DR-23-CV-17

Clerk, U.S. District Court - Del Rio Division - 111 East Broadway, Suite L100, Del Rio, TX 78840 - (830) 703-2054 - www.txwd.uscourts.gov