

# U.S. District Court

## Texas Western - Del Rio

Receipt Date: Mar 8, 2023 12:32PM

Romanucci & Blandin LLC Case Cost Control Account

Rcpt. No: 692        Trans. Date: Mar 8, 2023 12:32PM        Cashier ID: #AM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 111 | Pro Hac Vice | DTXW523LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC<br>**FBO**: Antonio M. Romanucci | 1 | 100.00 | 100.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #34802 | 03/2/2023 | $100.00 |
| | | | Total Due Prior to Payment: | $100.00 |
| | | | Total Tendered: | $100.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: Pro Hac Vice Fee Paid for Attorney Antonio M. Romanucci DR-23-CV-17

Clerk, U.S. District Court - Del Rio Division - 111 East Broadway, Suite L100, Del Rio, TX 78840 - (830) 703-2054 - www.txwd.uscourts.gov