IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| CHRISTINA ZAMORA, Individually and as Next Friend of M.Z., RUBEN ZAMORA, Individually and as Next Friend of M.Z., and JAMIE TORRES, Individually and as Next Friend of K.T., Plaintiffs, v. DANIEL DEFENSE, LLC, et al, Defendants. | Civil Action No. DR-22-CV-00057-AM-VRG |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

Chief United States District Judge Alia Moses referred the above-captioned matter to the undersigned for initial proceedings consistent with 28 U.S.C. § 636(b). Mr. Antonio M. Romanucci (Illinois Bar No. 6190290) of Romanucci & Blandin, LLC has moved for admission to appear *pro hac vice* to represent Plaintiffs. As Mr. Romanucci is a member in good standing of the bar of the State of Illinois, has not previously been admitted *pro hac vice* in this District with notice of this District's *pro hac vice* admission policy,[1] has co-counsel admitted to practice in this District, and has paid the associated fee, his Motion [ECF No. 16] is **GRANTED.**

**IT IS ORDERED** that within **10 days** of the date of this Order, Mr. Romanucci shall obtain his own electronic filing account if he does not already have one. *See* Sec. 6a, Admin. Policies and Procedures for Electronic Filing in the W.D. Tex. The Clerk shall not accept filings signed by Mr. Romanucci and filed from another attorney's CM/ECF account. **IT IS FURTHER ORDERED** that Mr. Romanucci is permitted to appear before this Court *pro hac*

---

[1] Mr. Romanucci's Motion does not indicate whether or not he was previously admitted *pro hac vice* in this District. However, it appears he has been admitted *pro hac vice* in cause nos. 1:20-cv-01068-LY-SH and 1:21-CV-01139. However, the orders in both cases do not appear to include a notice of the *pro hac vice* admission policy.

*vice* once, for proceedings in this matter only. Mr. Romanucci is hereby given **NOTICE** that it is the policy of the Judges of this District to permit no more than **one** *pro hac vice* admission. If Mr. Romanucci desires to practice in the Western District of Texas at any time in the future, he shall promptly submit an application to be admitted to practice in the United States District Court for the Western District of Texas in the manner set forth in the Local Rules. While representing his client in this action, Mr. Romanucci shall be bound and abide by all Local Rules for the United States District Court for the Western District of Texas.

    **SIGNED** this 10th day of March, 2023.

_____
**VICTOR ROBERTO GARCIA**
**UNITED STATES MAGISTRATE JUDGE**