IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| CHRISTINA ZAMORA, Individually and as Next Friend of M.Z., RUBEN ZAMORA, Individually and as Next Friend of M.Z., and JAMIE TORRES, Individually and as Next Friend of K.T., Plaintiffs, v. DANIEL DEFENSE, LLC, et al, Defendants. | Civil Action No. DR-22-CV-00057-AM-VRG |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

Chief United States District Judge Alia Moses referred the above-captioned matter to the undersigned for initial proceedings consistent with 28 U.S.C. § 636(b). Ms. Sarah M. Raisch (Illinois Bar No. 630374) of Romanucci & Blandin, LLC has moved for admission to appear *pro hac vice* to represent Plaintiffs. As Ms. Raisch is a member in good standing of the bar of the State of Illinois, has not previously been admitted *pro hac vice* in this District, has co-counsel admitted to practice in this District, and has paid the associated fee, her Motion [ECF No. 14] is **GRANTED.**

**IT IS ORDERED** that within **10 days** of the date of this Order, Ms. Raisch shall obtain her own electronic filing account if she does not already have one. *See* Sec. 6a, Admin. Policies and Procedures for Electronic Filing in the W.D. Tex. The Clerk shall not accept filings signed by Ms. Raisch and filed from another attorney's CM/ECF account. **IT IS FURTHER ORDERED** that Ms. Raisch is permitted to appear before this Court *pro hac vice* once, for proceedings in this matter only. Ms. Raisch is hereby given **NOTICE** that it is the policy of the Judges of this District to permit no more than **one** *pro hac vice* admission. If Ms. Raisch desires

to practice in the Western District of Texas at any time in the future, she shall promptly submit an application to be admitted to practice in the United States District Court for the Western District of Texas in the manner set forth in the Local Rules. While representing her client in this action, Ms. Raisch shall be bound and abide by all Local Rules for the United States District Court for the Western District of Texas.

**SIGNED** this 10th day of March, 2023.

_____
**VICTOR ROBERTO GARCIA**
**UNITED STATES MAGISTRATE JUDGE**