AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00196-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ( " UCISD")
Mika Sanchez / Superintendent secretary,

was received by me on *(date)*   03/09/2023   .

☒ I personally served the summons on the individual at *(place)*   1000 N. GETTY ST, UVALDE, TX 78801

on *(date)*   03/09/2023   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*   ; or

☐ I returned the summons unexecuted because   ; or

☐ Other *(specify)*:


My fees are $   for travel and $   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   03/24/2023

_____
*Server's signature*

Justin Fonseca
_____
*Printed name and title*

162 CR 7712 Devine, TX. 78016
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |