AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00196-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     JESUS SUAREZ "J.J",

was received by me on *(date)*     03/09/2023         .

☒ I personally served the summons on the individual at *(place)*     2401 GARDNER FIELD DRIVE, RK Miller Bidg., UVALDE, TX 78801

on *(date)*     03/09/2023         ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     03/24/2023

_____
*Server's signature*

Justin Fonseca
_____
*Printed name and title*


162 CR 7712 Devine, TX. 78016
_____
*Server's address*

Additional information regarding attempted service, etc: