AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00196-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Daniel Coronado**
was received by me on *(date)* **03/09/2023**.

☒ I personally served the summons on the individual at *(place)* **5 BRIARCOURT, UVALDE, TX 78801**
on *(date)* **03/09/2023** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **03/24/2023**

*Server's signature*

**Justin Fonseca**
*Printed name and title*

**162 CR 7712 Devine, TX. 78016**
*Server's address*

Additional information regarding attempted service, etc: