AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00196-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __MAX G DORFLINGER,__
was received by me on *(date)* __03/09/2023__ .

☒ I personally served the summons on the individual at *(place)* __824 Sunrise Ave, UVALDE, TX 78801__
on *(date)* __03/09/2023__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __03/24/2023__

_/s/ signature_
Server's signature

Justin Fonseca
Printed name and title

162 CR 7712 Devine, TX. 78016
Server's address

Additional information regarding attempted service, etc: