AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00196-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Ruben Nolasco

was received by me on *(date)*  03/09/2023  .

☒ I personally served the summons on the individual at *(place)*  216 W MAIN, (MUTUAL MEETING LOCATION), UVALDE, TX 78801

on *(date)*  03/16/2023  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*  _____, a person of suitable age and discretion who resides there,

on *(date)*  _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  _____, who is designated by law to accept service of process on behalf of *(name of organization)*  _____

on *(date)*  _____ ; or

☐ I returned the summons unexecuted because  _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  03/24/2023

*Server's signature*

Justin Fonseca
*Printed name and title*

162 CR 7712 Devine, TX. 78016
*Server's address*

Additional information regarding attempted service, etc: