IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2023 MAR 29 AM 11: 25

| | |
|---|---|
| CHRISTINA ZAMORA, Individually and as Next Friend of M.Z., RUBEN ZAMORA, Individually and as Next Friend of M.Z., and JAMIE TORRES, Individually and as Next Friend of K.T., Plaintiffs, <br><br> v. <br><br> DANIEL DEFENSE, LLC, et al, Defendants. | Civil Action No. DR-23-CV-00017-AM-VRG |

## ORDER

Chief United States District Judge Alia Moses referred the above-captioned matter to the undersigned for initial proceedings consistent with 28 U.S.C. § 636(b). Defendant Uvalde Consolidated Independent School District has filed an Unopposed Motion to Extend Time to File Responsive Pleading to Plaintiffs' Complaint for Damages. Having considered the representations made in the Motion and given that it is unopposed, the Motion [ECF No. 24] is **GRANTED**. Defendant Uvalde Consolidated Independent School District's answer shall be filed on or before May 1, 2023, as requested.

SIGNED this 29 day of March, 2023.

**VICTOR ROBERTO GARCÍA**
**UNITED STATES MAGISTRATE JUDGE**