IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| CHRISTINA ZAMORA, Individually and as Next Friend of M.Z., RUBEN ZAMORA, Individually and as Next Friend of M.Z., and JAMIE TORRES, Individually and as Next Friend of K.T., Plaintiffs, <br><br> v. <br><br> DANIEL DEFENSE, LLC, et al, Defendants. | Civil Action No. <br> DR-23-CV-00017-AM-VRG |

## ORDER

Chief United States District Judge Alia Moses referred the above-captioned matter to the undersigned for initial proceedings consistent with 28 U.S.C. § 636(b). Defendant Jesus "J.J." Suarez has filed an Unopposed Motion to Extend Time to File Responsive Pleadings. Having considered the representations made in the Motion and given that it is unopposed, the Motion [ECF No. 38] is **GRANTED.** Defendant Jesus "J.J." Suarez's answer shall be filed on or before May 29, 2023, as requested.

SIGNED this 29 day of March, 2023.

_____
VICTOR ROBERTO GARCÍA
UNITED STATES MAGISTRATE JUDGE