IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

SANDRA C. TORRES, individually                §
and as Mother and Representative of the Estate §
of Decedent, ELIAHNA TORRES,                   §
and as next friend of E.S.T., minor child;     §
ELI TORRES, JR.; and                           §
JUSTICE TORRES,                                §
    *Plaintiffs*,                             §
                                               §
v.                                             §          Case No. 2:22-cv-00059-AM-VRG
                                               §
DANIEL DEFENSE, LLC, et al.,                   §
    *Defendants*.                             §

---

**ADVISORY TO THE COURT REGARDING EXHIBIT TO BE ATTACHED TO
DOCKET NO. 48 DEFENDANTS UVALDE COUNTY SHERIFF RUBEN NOLASCO,
UVALDE COUNTY CONSTABLE EMMANUEL ZAMORA, AND
UVALDE COUNTY CONSTABLE JOHNNY FIELD'S MOTION TO DISMISS**

---

Please see attached **Exhibit 1**, ALERRT Report, to be included with Defendant Nolasco,

Zamora, and Field's Motion to Dismiss, Dkt No. 48, filed with the Court on this day, April 11,

2023.

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: Firm@FrigerioLawFirm.com

CHARLES S. FRIGERIO
State Bar No. 07477500
**LEAD COUNSEL**

**- AND -**

**WRIGHT & GREENHILL, P.C.**
4700 Mueller Blvd., Suite 200
Austin, Texas  78723
(512) 476-4600
(512) 476-5382 – Fax

By:____/s/ Blair J. Leake_____
    Blair J. Leake
    State Bar No. 24081630
    bleake@w-g.com
    Stephen B. Barron
    State Bar No. 24109619
    sbarron@w-g.com

**ATTORNEYS FOR DEFENDANTS**
**UVALDE COUNTY, UVALDE COUNTY**
**SHERIFF RUBEN NOLASCO,**
**UVALDE COUNTY CONSTABLE**
**EMMANUEL ZAMORA, AND UVALDE**
**COUNTY CONSTABLE JOHNNY FIELD**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2023, a true and correct copy of the foregoing document was caused to be served upon all counsel of record via E-File/E-Service/E-Mail, in accordance with the Federal Rules of Civil Procedure.

_____/s/ Blair J. Leake_____
Blair J. Leake