UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| CHRISTINA ZAMORA, Individually and As Next Friend of M.Z.; Ruben Zamora, individually and As New Friend of M.Z.; and Jamie Torres, Individually and As Next Friend of K.T., <br><br> *Plaintiffs,* <br><br> v. <br><br> DANIEL DEFENSE, LLC, et al, <br><br> *Defendants*. | § § § § § § § § § § § § § § § | Case No. 2:23-CV-00017-AM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS CORONADO, DORFLINGER, MENDOZA, AND PARGAS' MOTION TO DISMISS**

The Court is in receipt of Plaintiff's Unopposed Motion to Extend Time to Respond to Defendants Coronado, Dorflinger, Mendoza, and Pargas' Motion to Dismiss. For good cause shown, the Motion is GRANTED. The Court ORDERS Plaintiffs to respond to the Motion by May 17, 2023.

SIGNED and ENTERED this ____ day of _____, 2023.

_____
Chief U.S. District Judge Alia Moses