UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| CHRISTINA ZAMORA, INDIVIDUALLY AND NEXT FRIEND OF M.Z., et al., | § § § | |
| *Plaintiffs,* | § § | Case No. 2:23-CV-00017-AM |
| v. | § § § | |
| DANIEL DEFENSE, LLC, et al, | § § § | |
| *Defendants.* | § § § § § § § | |

## MOTION TO WITHDRAW AS ATTORNEY

Molly Thomas-Jensen, counsel to plaintiffs Christina Zamora, Ruben Zamora, and Jamie Torres, respectfully moves this Court to withdraw from the above-captioned case.

Pursuant to Local Rule AT-3, Ms. Thomas-Jensen seeks leave to withdraw as she is leaving the employment of Everytown Law on October 24, 2023. Plaintiffs in this matter will continue to be represented by:

- Eric Tirschwell, Everytown Law, 450 Lexington Avenue, P.O. Box #4184 New York, NY 10017

- Laura Keeley, Everytown Law, 450 Lexington Avenue, P.O. Box #4184 New York, NY 10017

- Antonio M. Romanucci (*pro hac vice*), Romanucci & Blandin, 321 N. Clark Street, Suite 900, Chicago, IL 60654

- David Neiman (*pro hac vice*), Romanucci & Blandin, 321 N. Clark Street, Suite 900, Chicago, IL 60654

1

- Sarah Raisch (*pro hac vice*), Romanucci & Blandin, 321 N. Clark Street, Suite 900, Chicago, IL 60654

- David Lopez (*application for admission forthcoming*), LM Law Group, PLLC, 2806 Fredericksburg Rd., Ste. 118, San Antonio, TX 78201

- Blas H. Delgado, Law Offices of Blas Delgado, P.C., 2806 Fredericksburg Rd., Ste. 116, San Antonio, TX 78201

- Ilann Maazel (*pro hac vice*), Emery Celli Brinckerhoff Abady Ward & Maazel LLP, 600 Fifth Avenue, 10th Floor, New York, NY 10020

- Eric Abrams (*pro hac vice*), Emery Celli Brinckerhoff Abady Ward & Maazel LLP, 600 Fifth Avenue, 10th Floor, New York, NY 10020

All parties and counsel of record have been notified and are unopposed to Ms. Thomas-Jensen's withdrawal.

## CONCLUSION

For the foregoing reasons, Ms. Thomas-Jensen respectfully requests that this Court enter an order permitting her to withdraw from this action as counsel of record for Plaintiffs.

Dated: October 19, 2023

By: *MThomasJensen*
EVERYTOWN LAW
Molly Thomas-Jensen
450 Lexington Avenue, P.O. Box #4184
New York, NY 10017
(646) 324-8226

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October 2023, I served the following counsel through electronic service (ECF) as authorized by Fed. R. Civ. Pro. 5:

David M. Prichard
David R. Montpas
Prichard Young, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216

Stephen B. Barron
Blair J. Leake
Wright and Greenhill PC
4700 Mueller Blvd.
Suite 200
Austin, TX 78723

Thomas Phillip Brandt
Charles D. Livingston
Laura Dahl O'Leary
Fanning Harper Martinson Brandt & Kutchin, P.C.
One Glen Lakes
8140 Walnut Hill Lane
Ste 200
Dallas, TX 75231

D. Craig Wood
Katie E. Payne
Walsh Gallegos Trevino Kyle & Robinson P.C.
1020 N.E. Loop 410, Suite 450
San Antonio, Texas 78209

Andre M. Landry, III
J.J. Hardig
Justin R. Cowan
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Clarissa M. Rodriguez
Patrick Charles Bernal
Denton, Navarro, Rocha & Bernal PC
2517 North Main Avenue
San Antonio, TX 78212

Charles Straight Frigerio
Hector Xavier Saenz
Law Offices of Charles S Frigerio
Riverview Towers
111 Soledad, Suite 465
San Antonio, TX 78205

William Scott Helfand
Norman Ray Giles
Randy Edward Lopez
Lewis Brisbois Bisgaard & Smith LLP
24 Greenway Plaza, Suite 1400
Houston, TX 77046

Briana Webb
Office of the Attorney General
Law Enforcement Defense Division
300 W 15th St.
Austin, TX 78701

           */s/ Molly Thomas-Jensen*
           Molly Thomas-Jensen

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| CHRISTINA ZAMORA, INDIVIDUALLY AND NEXT FRIEND OF M.Z., et al., | § § § | |
| *Plaintiffs,* | § § | Case No. 2:23-CV-00017-AM |
| v. | § § § | |
| DANIEL DEFENSE, LLC, et al, | § § § | |
| *Defendants.* | § § § § § § § | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

The Court is in receipt of Molly Thomas-Jensen's unopposed motion to withdraw as counsel to Plaintiffs. For good cause shown, the motion is GRANTED.

SIGNED and ENTERED this _____ day of October, 2023.

_____
Chief U.S. District Judge Alia Moses

1