# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | |
|---|---|
| Christina Zamora, Individually and As Next Friend of M.Z., *et al.*, | |
| Plaintiffs, | Case No. 23-cv-00017-AM |
| v. | Chief Judge Alia Moses |
| Daniel Defense, LLC *et al.*, | |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Christina Zamora, individually and as next friend of M.Z., minor child; Ruben Zamora, individually and as next friend of M.Z., minor child; and Jamie Torres, individually and as next friend of K.T., minor child (collectively "Plaintiffs") hereby dismiss *without prejudice* their claims against only the following Defendants: Uvalde County, Ruben Nolasco, Emmanuel Zamora, and Johnny Field. Each party to bear their own fees and costs. Plaintiffs do not dismiss any other claims brought against any other defendants.

DATED: August 14, 2025          Respectfully Submitted,

                                       *   /s/ Laura Keeley   *

| | |
|---|---|
| **LAW OFFICES OF BLAS DELGADO, P.C.**<br>Blas H. Delgado<br>2806 Fredericksburg Rd., Ste. 116<br>San Antonio, TX 78201<br>210-227-4186<br>delgadoblas@yahoo.com | **EVERYTOWN LAW**<br>Eric Tirschwell<br>Dana Mulhauser<br>Laura Keeley<br>450 Lexington Avenue, P.O. Box #4184<br>New York, NY 10017<br>646-324-8226<br>etirschwell@everytown.org<br>lkeeley@everytown.org |
| **ROMANUCCI & BLANDIN, LLC**<br>Antonio Romanucci (*pro hac vice*)<br>Joshua Levin (*pro hac vice* pending)<br>Sarah M. Raisch (*pro hac vice*)<br>321 N. Clark Street, Suite 900 | **LM LAW GROUP, PLLC**<br>David Lopez |

Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
jlevin@rblaw.net
sraisch@rblaw.net

2806 Fredericksburg Rd., Ste. 118
San Antonio, TX 78201
210-396-2045
Moreno.LMLawGroup@gmail.com

**EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP**
Ilann M. Maazel (*pro hac vice*)
Eric Abrams (*pro hac vice*)
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000
imaazel@ecbawm.com
eabrams@ecbawm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August 2025, I served the following counsel through electronic service (ECF) as authorized by Fed. R. Civ. Pro. 5:

David M. Prichard
David R. Montpas
Prichard Young, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216

Stephen B. Barron
Blair J. Leake
Wright and Greenhill PC
4700 Mueller Blvd.
Suite 200
Austin, TX 78723

Thomas Phillip Brandt
Charles D. Livingston
Laura Dahl O'Leary
Fanning Harper Martinson Brandt & Kutchin, P.C.
One Glen Lakes
8140 Walnut Hill Lane
Ste 200
Dallas, TX 75231

D. Craig Wood
Katie E. Payne
Walsh Gallegos Trevino Kyle & Robinson P.C.
1020 N.E. Loop 410, Suite 450
San Antonio, Texas 78209

James E. Byrom
Stephanie Anne Hamm
Thompson & Horton, L.L.P.
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, TX 77027

Andre M. Landry, III
J.J. Hardig
Justin R. Cowan
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Clarissa M. Rodriguez
Patrick Charles Bernal
Denton, Navarro, Rocha & Bernal PC
2517 North Main Avenue
San Antonio, TX 78212

Charles Straight Frigerio
Hector Xavier Saenz
Law Offices of Charles S Frigerio
Riverview Towers
111 Soledad, Suite 465
San Antonio, TX 78205

William Scott Helfand
Norman Ray Giles
Randy Edward Lopez
Lewis Brisbois Bisgaard & Smith LLP
24 Greenway Plaza, Suite 1400
Houston, TX 77046

Briana Webb
Office of the Attorney General
Law Enforcement Defense Division
300 W 15th St.
Austin, TX 78701

*/s/ Laura Keeley*

Laura Keeley