DAVID M. PRICHARD
Voice: 210.477.7401
Fax: 210.477.7450
dprichard@pomllp.com



January 16, 2026

United States District Clerk's Office **Via Efiling**
111 East Broadway, Room L100
Del Rio, TX 78840

    RE:    Case No. 2:23-cv-00017; *Christine Zamora, et al v. Daniel Defense, LLC, et al;* In the U.S. District Court, Western District of Texas, Del Rio Division

Dear U.S. District Clerk:

In connection with the above-referenced matter, please allow this letter to serve as my notice of vacation as follows:

August 3, 2026 thru August 31, 2026

Please do not schedule any depositions, hearings or meetings that would require my attendance during this time. There are no current settings in this matter set for this period of time.

By e-service of this letter, I am notifying all counsel of record in this case of my vacation schedule. Your time and assistance to avoid any conflicts is greatly appreciated.

                                                    Sincerely,

                                                    David M. Prichard

DMP/kbm