IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| CHRISTINE ZAMORA, Individually, and as Next Friend of M.Z.; RUBEN ZAMORA, Individually, and as Next Friend of M.Z.; and JAMIE TORRES, Individually and as Next Friend of K.T.;<br>    *Plaintiffs*<br><br>v.<br><br>DANIEL DEFENSE, LLC ET AL.,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:23-cv-00017-AM |

## DANIEL DEFENSE, LLC'S
## RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

TO CHIEF UNITED STATES DISTRICT JUDGE ALIA MOSES:

Defendant Daniel Defense, LLC ("Daniel Defense") respectfully submit this Response to Plaintiffs' Opposed Motion for Status Conference (Doc. 201).  Plaintiffs request a status conference to determine dates for oral arguments to "expedite" resolution of the pending motions.  *Id.* at 3.  Daniel Defense believes the motion is unnecessary.  The Court knows what it's doing and is well  aware of the status of this case and the related cases.  If the Court feels a status conference will assist it, then it will set a conference.  However, there is no reason to take time from the Court's busy schedule to hold a status conference hearing if it does not believe it will be of assistance.

Respectfully submitted,

*/s/ David M. Prichard*
David M. Prichard
State Bar No. 16317900
E-mail:  dprichard@pomllp.com
David R. Montpas
State Bar No. 00794324
E-mail: dmontpas@pomllp.com
PRICHARD OLIVER MONTPAS, LLP
Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216

1

#171905

(210) 477-7400 [Telephone]
(210) 477-7450 [Facsimile]

***COUNSEL FOR DEFENDANT,
DANIEL DEFENSE, LLC F/K/A
DANIEL DEFENSE, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April 2026, I electronically served all counsel of record through the court's CM/ECF system authorized by the Federal Rules of Civil Procedure.

*/s/ David M. Prichard*
David M. Prichard

2

#171905