UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
DEL RIO DIVISION

| | |
|---|---|
| CRISTINA ZAMORA, INDIVIDUALLY AND AS NEXT FRIEND OF M.Z.; RUBEN ZAMORA, INDIVIDUALLY AND AS NEXT FRIEND OF M.Z.; and JAMIE TORRES, INDIVIDUALLY AND AS NEXT FRIEND OF K.T., *Plaintiffs,*<br><br>v.<br><br>DANIEL DEFENSE, LLC, et al., *Defendants.* | Case No. 2:23-cv-00017-AM<br><br>COMPLAINT FOR DAMAGES<br><br>1. Negligence<br><br>2. Negligence Per Se<br><br>3. Negligent Transfer<br><br>4. Negligent Sale<br><br>5. 42 U.S.C. § 1983, *et seq.*<br><br>6. Punitive/Exemplary Damages<br><br>Jury Trial Demanded pursuant to Fed. R. Civ. P. 38(b) |

**DEFENDANT OASIS OUTBACK, LLC'S JOINDER IN DANIEL DEFENSE'S
RESPONSE TO PLAINTIFFS' OPPOSED MOTION FOR STATUS CONFERENCE**

Defendant Oasis Outback, LLC respectfully joins in and adopts Defendant

Daniel Defense, LLC's Response to Plaintiffs' Opposed Motion for Status Conference,

Dkt. 202, including in all grounds, evidence, cited authority, and requested relief.

Case 2:23-cv-00017-AM   Document 203   Filed 04/10/26   Page 2 of 3

Respectfully submitted,

**GRAY REED**

*/s/ A.M. "Andy" Landry, III*
A.M. "Andy" Landry III
State Bar No. 11868750
J.J. Hardig, Jr.
State Bar No. 24010090
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
(713) 986-7000 (Telephone)
(713) 986-7100 (Fax)
Email: alandry@grayreed.com
Email: jhardig@grayreed.com

-and-

**JEFFERSON CANO**

*/s/ Lamont A. Jefferson*
Lamont A. Jefferson
State Bar No. 10607800
Emma Cano
State Bar No. 24036321
122 E. Pecan St., Suite 1650
San Antonio, Texas 78205
(210) 988-1808 (Telephone)
(210) 988-1808 (Fax)
Email: ljefferson@jeffersoncano.com
Email: ecano@jeffersoncano.com

**ATTORNEYS FOR DEFENDANT
OASIS OUTBACK, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically served upon all counsel of record through the CM/ECF system on this 10th day of April, 2026.

/s/ *A.M. "Andy" Landry, III*
A.M. "Andy" Landry, III